IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.  10-cv-02974-RPM

KRISTOFFER N.F. ANDERSSON and
JULIE A. ANDERSSON,

    Plaintiffs,

v.

THE BANK OF NEW YORK MELLON,
  FKA THE BANK OF NEW YORK,
CASTLE MEINHOLD & STAWIARSKI, LLC,
WELLS FARGO BANK, NA,
AMERICA'S MORTGAGE, LLC, and
FIRST MAGNUS FINANCIAL CORPORATION,

    Defendants.

_____

### ORDER OF RECUSAL
_____

    Because my wife has securities accounts with Wells Fargo Bank, NA, there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

    ORDERED that the Clerk of Court shall reassign this civil action.

    DATED: December 9th, 2010

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge