IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02974-ZLW-CBS

KRISTOFFER N. F. ANDERSSON, and
JULIE A. ANDERSSON,

      Plaintiff,

v.

THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK;
CASTLE MEINHOLD & STAWIARSKI, LLC;
WELLS FARGO BANK, NA;
AMERICA'S MORTGAGE, LLC; and
FIRST MAGNUS FINANCIAL CORPORATION,

      Defendants.

## ORDER

      After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

      ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

      DATED at Denver, Colorado, this 14th day of December, 2010.

                              BY THE COURT:

                              *Zita Leeson Weinshienk*

                              _____
                              ZITA LEESON WEINSHIENK, Senior Judge
                              United States District Court