**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02974-CMA-CBS

KRISTOFFER N.F. ANDERSSON, and
JULIE A. ANDERSSON,

      Plaintiffs,

v.

THE BANK OF NEW YORK MELLON, f/k/a The Bank of New York,
CASTLE MEINHOLD & STAWIARSKI, LLC,
WELLS FARGO BANK, N.A.,
AMERICA'S MORTGAGE, LLC, and
FIRST MAGNUS FINANCIAL CORPORATION,

      Defendants.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to Plaintiff's Amended Motion To Dismiss – With Prejudice (Doc. # 58), it is hereby

      ORDERED that this case be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs.

      DATED:  March   31   , 2011

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge